JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS COWART, <br><br> Plaintiff, <br><br> v. <br><br> LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY, <br><br> Defendant. | Case No. CV 14-8092- MWF (PJWx) <br><br> **JUDGMENT AFTER TRIAL** |

This action came on regularly for jury trial between January 5 and 6, 2016, in Courtroom 1600 of this United States District Court. Plaintiff, Chris Cowart, proceeded *pro se*. Defendant Los Angeles County Metropolitan Authority was represented by attorneys Calvin R. House and Caroline Shahinian of Gutierrez Preciado and House LLP.

The jury deliberated and thereafter returned verdicts as follows:

//
//
//

-1-

**Americans with Disabilities Act Claim**

On Plaintiff's Americans with Disabilities Act ("ADA") claim for failure to provide reasonable accommodations, the jury returned a verdict in favor of Defendant.

**Fair Employment and Housing Act Claim**

On Plaintiff's Fair Employment and Housing Act ("FEHA") claim for failure to engage in the interactive process, the jury returned a verdict in favor of Plaintiff and against Defendant, awarding damages as follows:

Past and present economic damages (excluding back pay):  $0

Future economic damages:  $0

Past and present non-economic damages:  $15,000

Future non-economic damages:  $0

TOTAL:  $15,000

The Court also calculated and awarded Plaintiff back pay damages of $17,770.07, plus pre- and post-judgment interest.

Separately, in an Order dated October 13, 2015, the Court dismissed on summary judgment Plaintiff's claims against Defendant for violations of Title VII of the Civil Rights Act, intentional infliction of emotional distress, fraudulent concealment of disease, fraudulent concealment of material, as well as retaliation and harassment under Title VII and FEHA.  (Docket No. 37).

Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure**, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

1. *On the claim for violation of the ADA*:  Judgment is entered in favor of Defendant, and Plaintiff shall take nothing on his claim against Defendant by his First Amended Complaint.

2. *On the claim for violation of FEHA*:  Judgment is entered in favor of Plaintiff and against Defendant in the amount of $32,770.07 plus pre- and post-judgment interest, as well as costs and attorney's fees as provided by law.

3. *On the claim for violation of Title VII of the Civil Rights Act:*  Judgment is entered in favor of Defendant, and Plaintiff shall take nothing on his claim against Defendant by his First Amended Complaint.

4. *On the claim for intentional infliction of emotional distress*:  Judgment is entered in favor of Defendant, and Plaintiff shall take nothing on his claim against Defendant by his First Amended Complaint.

5. *On the claim for fraudulent concealment of disease*:  Judgment is entered in favor of Defendant, and Plaintiff shall take nothing on his claim against Defendant by his First Amended Complaint.

6. *On the claim for fraudulent concealment of material*:  Judgment is entered in favor of Defendant, and Plaintiff shall take nothing on his claim against Defendant by his First Amended Complaint.

7. *On the claim for retaliation under Title VII and FEHA*:  Judgment is entered in favor of Defendant, and Plaintiff shall take nothing on his claim against Defendant by his First Amended Complaint.

8. *On the claim for harassment under Title VII and FEHA*:  Judgment is entered in favor of Defendant, and Plaintiff shall take nothing on his claim against Defendant by his First Amended Complaint.

Dated:  July 26, 2016

MICHAEL W. FITZGERALD
United States District Judge